IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAYMOND HERNANDEZ, and <br> VENITA BETH HERNANDEZ, <br><br> *Plaintiffs*, <br><br> vs. <br><br> RUSH ENTERPRISES, INC., <br> RUSH TRUCK CENTERS OF TEXAS, <br> L.P., HOLT TEXAS, LTD, d/b/a <br> HOLT CAT, and SCHLUMBERGER <br> TECHNOLOGY CORPORATION, <br><br> *Defendants*. | § § § § § § § § § § § § § § § §  Civil Action 4:19-cv-638 |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dismiss with Prejudice. After considering the Motion, the Court finds that it should be granted.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to dismiss is hereby GRANTED; and

IT IS FURTHER ORDERED that all claims and causes of action asserted by the parties are hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that all costs incurred are taxed against the party incurring same.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 11th day of May, 2021.

AMOS L. MAZZANT